**Appeal of Thomas Eric Panzer, John Robert Beck, and Benjamin Francis Casole.**

Supreme Court of Pennsylvania.

March 26, 2004.

---

**Gerald MISTICH, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 29, 2004.

## ORDER

PER CURIAM:

**AND NOW,** this 29th day of March, 2004, the order of the Commonwealth Court is VACATED, and the matter is remanded for reconsideration in light of *Martin v. PBPP*, 840 A.2d 299 (Pa.2003). Jurisdiction is relinquished.